JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7·29·13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL WAYNE BLANCHE,                ) Case No. CV 12-5663-JSL (JPR)
                                      )
              Petitioner,             )
                                      )        J U D G M E N T
         vs.                          )
                                      )
LINDA T. McGREW, Warden,              )
                                      )
              Respondent.             )
_____)

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the BOP's revised sentence calculation of June 24, 2013, as reflected in Exhibit O of the Second Supplemental Answer, is correct and Petitioner is entitled to the benefit of those calculations.

DATED: July 29, 2013

_____
J. SPENCER LETTS
U.S. DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 29 2013

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY